```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
L.C.                                                    :
individually and on behalf of E.A., a child with        :
a disability,                                           :
                                   Plaintiff,           :
                                                        :         21-CV-1250 (VSB)
              - against -                               :
                                                        :         OPINION & ORDER
                                                        :
NEW YORK CITY DEPARTMENT OF                             :
EDUCATION,                                              :
                                   Defendant.           :
------------------------------------------------------- X
```

VERNON S. BRODERICK, United States District Judge:

I have considered the papers from both parties regarding a stay in this matter. (Docs. 49, 50.) I have also reviewed the orders from other courts in this district addressing the same question of whether IDEA fees-only cases involving the Cuddy Law Firm should be stayed pending an appeal to the Second Circuit.

For reasons of judicial economy, the Department of Education's motion seeking a stay of this litigation pending a decision from the Court of Appeals is GRANTED.

It is ORDERED that the parties submit a joint letter updating the Court on the status of the case no later than 5 days after the issuance of a Judgment in the Second Circuit Court of Appeals Case 21-1582.

Dated: April 10, 2023
       New York, New York

                                                    _____
                                                    Vernon S. Broderick
                                                    United States District Judge