**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
L.C. individually and on behalf of E.A., a child with a disability,

                     Plaintiff,

      -against-                                       21 **CIVIL** 1250 (VSB)

                                                              **<u>JUDGMENT</u>**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                     Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated January 2, 2025, Plaintiff's motion for summary judgment is GRANTED in part, DENIED in part, and she is entitled to an award of attorneys' fees and costs in the amount of $18,240.89. In addition, Plaintiff is awarded post-judgment interest on this amount, calculated at the applicable statutory rate; accordingly, the case is closed.

**Dated:**  New York, New York

      January 3, 2025

                                                         **TAMMI M. HELLWIG**
                                                         **Clerk of Court**

              **BY:**      *K. Mango*

                                                         **Deputy Clerk**