```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
L.C.                                                        :
individually and on behalf of E.A., a child with            :
a disability,                                               :
                                                            :       21-CV-1250 (VSB)
                                         Plaintiff,         :
                                                            :       OPINION & ORDER
                      - against -                           :
                                                            :
                                                            :
                                                            :
NEW YORK CITY DEPARTMENT OF                                 :
EDUCATION,                                                  :
                                                            :
                                         Defendant.         :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On January 2, 2025, I issued an Opinion & Order awarding attorneys' fees and costs of $18,240.89 to Plaintiff in addition to post-judgment interest calculated at the applicable statutory rate and respectfully directed the Clerk of Court to close this case. (Doc. 71.) On January 3, 2025, a notice of appeal was filed. (Doc. 72.)

On February 25, 2025, the Court of Appeals issued an order stating that Plaintiff's appeal was "REMANDED for further proceedings in the district court following [that] Court's determination of [*Y.G. v. New York City Department of Education*,] 22-1184(L) and the other tandem appeals." (Doc. 75.)

On July 24, 2025, the Second Circuit issued a decision affirming the District Court decisions in their entirety. *See Y.G. v. New York City Dep't of Educ.*, No. 22-1184-CV, 2025 WL 2080218, at *2 (2d Cir. July 24, 2025) (summary order) (affirming judgments of the District Court and finding that "[i]n each case, the District Court exercised its discretion to (1) weigh the

evidence submitted, including the parties' respective requested rates and hour calculations, as well as prior awards ordered in similar cases, (2) consider the relevant *Johnson* factors holistically, and (3) apply appropriate discounts and deductions").

Accordingly, it is hereby:

ORDERED that, no later than November 6, 2025, the parties shall submit a joint letter, not to exceed three (3) single-spaced pages, setting forth their respective positions on the status of the case and whether the Court should reinstate the Judgment previously issued on January 2, 2025.

SO ORDERED.

Dated: October 29, 2025
       New York, New York

                                          Vernon S. Broderick
                                          United States District Judge