```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
L.C.                                                     :
individually and on behalf of E.A., a child with         :
a disability,                                            :
                                                         :     21-CV-1250 (VSB)
                                        Plaintiff,       :
                                                         :           ORDER
              - against -                                :
                                                         :
                                                         :
NEW YORK CITY DEPARTMENT OF                              :
EDUCATION,                                               :
                                                         :
                                        Defendant.       :
                                                         :
---------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

On January 2, 2025, I issued an Opinion & Order awarding attorneys' fees and costs of $18,240.89 to Plaintiff in addition to post-judgment interest calculated at the applicable statutory rate and respectfully directed the Clerk of Court to close this case.  (Doc. 71.)  On January 3, 2025, a notice of appeal was filed.  (Doc. 73.)

On February 25, 2025, the Court of Appeals issued an order stating that Plaintiff's appeal was "REMANDED for further proceedings in the district court following [that] Court's determination of [*Y.G. v. New York City Department of Education*,] 22-1184(L) and the other tandem appeals."  (Doc. 74.)

On July 24, 2025, the Second Circuit issued a decision affirming the District Court decisions in their entirety.  *See Y.G. v. New York City Dep't of Educ.*, No. 22-1184-CV, 2025 WL 2080218, at *2 (2d Cir. July 24, 2025) (summary order) (affirming judgments of the District Court and finding that "[i]n each case, the District Court exercised its discretion to (1) weigh the

evidence submitted, including the parties' respective requested rates and hour calculations, as well as prior awards ordered in similar cases, (2) consider the relevant *Johnson* factors holistically, and (3) apply appropriate discounts and deductions").

On October 29, 2025, I issued an order for the parties to submit a joint letter setting forth their respective positions on the status of the case by November 6, 2025. (Doc. 77.) On November 6, 2025, the parties filed a joint status update notifying me that "[b]ased on the across-the-board affirmation of all decisions on all issues, there is currently no new guidance for the parties to provide beyond this District's decision" and requesting that I "re-enter the Judgment and then close the case." (Doc. 78.)

Accordingly, it is hereby:

ORDERED that original Judgment, (Doc. 72), be re-entered, awarding the amount of $18,240.89 in attorneys' fees and costs to Plaintiff in addition to post-judgment interest calculated at the applicable statutory rate. The Clerk of Court is respectfully directed to re-enter the original Judgment (Doc. 72), based on my Opinion & Order dated January 2, 2025, (Doc. 71), and the parties' joint status letter dated November 6, 2025, (Doc. 78), and to close the case. SO ORDERED.

Dated: November 7, 2025
      New York, New York

*[signature: Vernon Broderick]*

Vernon S. Broderick
United States District Judge